**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61874-CIV-ALTMAN/Hunt**

**AARON HOLLIS**, *on behalf of himself and all others similarly situated*,

  *Plaintiff*,

v.

**CONTINENTAL 425 LLC**,

*Defendant*.

_____/

**ORDER**

  **THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 13]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED**.

2. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

3. This action is **DISMISSED without prejudice**.

  **DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of September 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record